IN THE UNITED STATES DISTRICT COURT
FOR THE CONNECTICUT

IN RE: SUBPOENA ISSUED TO
GOOGLE, LLC

Case No. 3:18MJ1548 (RMS)

**Filed Under Seal**

FILED
2018 OCT -4 P 1:33
U.S. DISTRICT COURT
NEW HAVEN, CT.

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding GOOGLE, LLC, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers or customers of the account(s) listed in the subpoena) of the existence of the attached subpoena, for the period of 365 days, or until October 4, 2019, or until further order of the Court.

[REDACTED]

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that GOOGLE, LLC shall not disclose the existence of the attached subpoena, for the period of 365 days, or until October 4, 2019, or until further order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that GOOGLE, LLC may disclose the attached subpoena to an attorney for GOOGLE, LLC for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until October 4, 2019 unless otherwise ordered by the Court.

10/4/18
Date

/s/ Robert M. Spector
HONORABLE ROBERT M. SPECTOR
United States Magistrate Judge